IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ALBERT NEWMAN,

      Plaintiff,

v.                                         CASE NO. 4:08-cv-00059-MP-AK

WILLIAM MEGGS, et al.,

      Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Report and Recommendation of the

Magistrate Judge, recommending that this case be dismissed for failure to prosecute and for

failure to obey an order of the Court. A copy of the Report and Recommendation was mailed to

Plaintiff, but it was returned undeliverable. Doc. 11. No objection to the Report and

Recommendation has been filed, and the time to do so has passed. Plaintiff has failed to comply

with two orders of this Court or otherwise prosecute this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge, Doc. 10, is adopted
and incorporated herein.

2.      Plaintiff's complaint, Doc. 1, is DISMISSED with prejudice, and the Clerk is
directed to close the file.

**DONE AND ORDERED** this <u>4th</u> day of November, 2008

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge